JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>NALINI SOLANKI, in individual and representative capacity as trustee of The Solanki Family Trust; UKA'S BIG SAVER FOODS, INC., a California Corporation,<br><br>Defendants. | Case No. 2:20-cv-11276-MCS-RAO<br><br>**JUDGMENT** |

Pursuant to this Court's Order Granting Defendants' Motion to Dismiss,

IT IS ADJUDGED that this action is dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: February 26, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1